**APPROVED. 8/18/25**
**/S/ Matthew J. Maddox**
**United States District Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARY PAYNE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERGIS HEALTHCARE STAFFING, INC. f/k/a MAXIM HEALTHCARE STAFFING,<br><br>Defendant. | Case No. 1:25-cv-00247-MJM |

**STIPULATION OF DISMISSAL**

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). Each party shall bear its own fees and costs.

Dated: August 15, 2025

Respectfully submitted,

*/s/ Thomas A. Pacheco*

Thomas A. Pacheco (Bar No. 21369)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W Morgan Street
Raleigh, NC 27603
T: (212) 946-9305
tpacheco@milberg.com

*Attorneys for the Plaintiff*

*/s/ Rachael A. Rezabek*
Maraya N. Pratt
Federal Bar No. 20880
Jacquelyn A. Kapinos
Federal Bar No. 30474
**Ballard Spahr LLP**
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5549
Facsimile: (410) 528-5650
prattmn@ballardspahr.com
kapinosj@ballardspahr.com

*Attorneys for Defendant*